**Abatement Order filed April 23, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00271-CV

_____

**ASR 2620-2630 FOUNTAINVIEW, LP, FOUNTAINVIEW PARK PLAZA, LLC, AND ASRP INVESTMENTS, LLC, Appellants**

**V.**

**ASR 2620-2630 FOUNTAINVIEW GP, LLC, AMERICAN SPECTRUM OPERATING PARTNERSHIP LP, AMERICAN SPECTRUM REALTY, INC., AND AMERICAN SPECTRUM REALTY MANAGEMENT, LLC, Appellees**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2013-25806**

---

## ABATEMENT ORDER

On February 7, 2019, this court issued an opinion in this appeal. On April 5, 2019, the appellant notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for 60 days. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Bourliot and Poissant.